IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK L. MCLAURIN and<br>TWANA MCLAURIN | §<br>§<br>§ | PLAINTIFFS |
| v. | §<br>§ | CAUSE NO. 1:05CV463 |
| NOBLE DRILLING (U.S.) INC., ET AL. | §<br>§ | DEFENDANTS |

### JUDGMENT

This matter having come on to be heard on the Defendants' Motion for Summary Judgment, the Court, after a full review and consideration of the Defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Summary Judgment [84] filed by Defendants Noble Drilling (U.S.) Inc., Noble Drilling Corporation and Noble Drilling Services, Inc. is **GRANTED**. Plaintiffs' claims against Noble Drilling (U.S.) Inc., Noble Drilling Corporation and Noble Drilling Services, Inc. are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 4th day of April, 2007.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE