IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK L. MCLAURIN and<br>TWANA MCLAURIN | § § § | PLAINTIFFS |
| v. | § § | CAUSE NO. 1:05CV463 LG-RHW |
| NOBLE DRILLING (U.S.) INC., ET AL. | § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion [146] for Summary Judgment, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Noble Drilling (U.S. ) Inc., Noble Drilling Corporation and Noble Drilling Services, Inc., pursuant to FED. R. CIV. P. 56. The Plaintiffs' claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE